UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAEL CRUZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>MAYVENN, INC.<br><br>　　　　　　　　　　Defendant. | Docket No: 1:20-cv-01264-LJL<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff SHAEL CRUZ, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A confidential settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed with prejudice.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

　　Dated:　　Brooklyn, New York
　　　　　　　April 6, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Joseph H. Mizrahi
　　　　　　　　　　　　　　　　　　　　Cohen & Mizrahi LLP
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*